IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| MIGUEL RAYMUNDO COBO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:26-cv-674 (LMB/WBP) |
| | ) | |
| JEFFREY CRAWFORD, et al., | ) | |
| | ) | |
| Respondents. | ) | |

ORDER

On March 10, 2026, petitioner Miguel Raymundo Cobo ("petitioner") filed a Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241 alleging that he has been unlawfully detained at the Farmville Detention Center since February 19, 2026. According to the Petition, petitioner was initially apprehended by immigration officials after entering the United States as a minor in 2021. [Dkt. No. 1] at ¶ 21. He was subsequently placed into the custody of the Office of Refugee Resettlement and then released into the care and custody of his sponsor in Florida. Id. ¶ 22. Since 2023, petitioner has lived with a foster family and his younger brother. Id. ¶ 23. When petitioner turned 18, he signed a voluntary agreement to continue services and support. Id.

On March 22, 2024, petitioner applied for Special Immigrant Juvenile Status ("SIJS"), and his application was approved on October 22, 2024. Id. ¶ 24. Along with SIJS, he was granted deferred action until October 22, 2028. Id. On March 19, 2024, the immigration court dismissed his removal proceedings upon a joint motion of the parties in an exercise of DHS's prosecutorial discretion. Id. ¶ 25. In June 2025, he graduated from high school, and he is currently enrolled in courses at the Northern Virginia Community College. Id. ¶ 23. Petitioner's only criminal offense is a misdemeanor offense for speeding. Id. ¶ 26. On February 19, 2026,

petitioner was arrested by Immigration and Customs Enforcement and issued a Notice to Appear.

[Dkt. No. 1] at ¶ 27. Also on February 19, 2026, U.S. Citizenship and Immigration Services

terminated petitioner's deferred action, stating:

> This letter serves as notification that U.S. Citizen and Immigration Services (USCIS) has individually reviewed your case and exercised discretion to terminate your period of deferred action, which began on October 22, 2024, in connection with your approved Form I-360, Petition for Amerasian, Widow(er) or Special Immigrant Juvenile (SIJ). USCIS approved your Form I-360, which granted you SIJ classification on October 22, 2024, and it remains approved.
>
> Deferred action is a discretionary determination, however, to defer immigration enforcement action against an individual as [sic] an act of prosecutorial discretion. You may not appeal or move to reopen/reconsider this decision.

[Dkt. No. 1-8]. The agency also notified him of its intent to revoke his work authorization.

[Dkt. No. 1] at ¶ 28.

The Petition raises several claims. Counts I, II, and III challenge respondents' detention

of petitioner without providing him with an individualized bond hearing. Count IV alleges that

petitioner has been detained in violation of his Fifth Amendment procedural due process rights.

Counts V and VI claim that respondents arbitrarily and capriciously stripped petitioner of his

deferred action and employment authorization. On this record, the Court finds that there is no

justifiable basis upon which petitioner should remain detained pending the Court's adjudication

of his claims because there is absolutely no evidence demonstrating that he poses either a risk of

flight or a danger to the community. Therefore, to enable the Court adequate time to consider

the merits of the Petition, it is hereby

ORDERED that petitioner by 4:00 PM on March 11, 2026 be released from custody with

all his personal property; and it is further

ORDERED that respondents—along with their officers, agents, servants, employees,

attorneys, successors, and assigns, and all persons acting in concert with them—be and are

ENJOINED from rearresting petitioner during the pendency of this litigation unless he has committed a violation of any federal, state, or local law, or has failed to attend any properly noticed immigration or court hearing; and it is further

ORDERED that respondents—along with their officers, agents, servants, employees, attorneys, successors, and assigns, and all persons acting in concert with them—be and are ENJOINED from revoking petitioner's deferred action and work authorization during the pendency of this litigation; and it is further

ORDERED that by 5:00 PM on March 20, 2026, respondents file a responsive pleading to the Petition. Any reply will be due by 5:00 PM on March 31, 2026.

The Clerk is directed to forward a copy of this Order to counsel of record and to Dennis Barghaan, Chief of the Civil Division of the U.S. Attorney's Office for the Eastern District of Virginia.

Entered this 11 day of March, 2026.

Alexandria, Virginia

/s/

Leonic M. Brinkema
United States District Judge